AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

Northern District of California

| UNITED STATES OF AMERICA | **COMMITMENT TO ANOTHER** |
| V. | **DISTRICT** |
| Jorge Alberto Cuevas-Varela | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 03:13-mj-71059-EDL | 3:11CR070 | N. District of CA | E. District of VA |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment  ☐ Information  ☐ Complaint  X Other (specify) Petition to Revoke Supervised Release

charging a violation of  18  U.S.C. § 3583

**DISTRICT OF OFFENSE**
Eastern District of Virginia

**DESCRIPTION OF CHARGES:**

Violation of terms and conditions of supervised release.

FILED
SEP 0 5 2013
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CURRENT BOND STATUS:**

☐ Bail fixed at            and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
X Government moved for detention and defendant detained pending detention hearing in District of
☐ Other (specify)

**Representation:**  ☐ Retained Own Counsel  X Federal Defender Organization  ☐ CJA Attorney  ☐ None

**Interpreter Required?**  ☐ No  X Yes  Language: Spanish

**DISTRICT OF** Eastern Virginia

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

September 5, 2013                          _____
Date                                        United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |